HARRY P. BUTLER, Respondent, v. THOMAS M. BUTLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM J. CLARK, Respondent, v. ANNIE BOGART,' as Administratrix with the Will Annexed of WILLIAM OPPENHEIM, Deceased, Appellant.— Orders and judgment appealed from reversed on the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for summary judgment denied, with ten dollars costs. In our opinion there are issues of fact presented by the pleadings and affidavits which must be tried. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

TESSIE CORNMAN and NOAH B. CORNMAN, Respondents, v. EVERETT L. MIRICK, INC., and Others, Appellants.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GUIDO FLAIM, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant. (Appeal No. 1.) — Resettled order affirmed, with ten dollars costs and disbursements; examination to be had on five days' notice. The persons to be examined are sufficiently identified so that the defendant has knowledge of the person or persons to be produced on the examination. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

GUIDO FLAIM, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant. (Appeal No. 2.) — Resettled order granting plaintiff's motion to examine the defendant before trial affirmed, with ten dollars costs and disbursements; examination to be had on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

GEORGE V. GRAINGER, as Substituted Trustee, under the Trust Created under Paragraph Eighth of the Last Will and Testament of NANETTE WEBER, Late of the County of New York, Deceased, Respondent, v. HEDWIG ENGEL and Others, Defendants, Impleaded with THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under a Deed. of Trust Made by HEDWIG ENGEL, Dated February 24, 1928, Appellant, and OTTILIE HOFFBAUER LEHMAN, Respondent.* — Judgment reversed upon the law and the facts, with costs, and complaint dismissed. Whether the interest of the remaindermen named in the will is a vested or contingent interest does not affect the right of either of the remaindermen to make a valid mortgage of such interest as the remainderman has in the property. It is of no legal concern to the plaintiff that one of these remaindermen mortgaged " all her right, title and interest " in the premises. The mortgagee of such interest does not complain, nor do her successors in interest. This mortgage may not be destroyed upon the suit of the plaintiff trustee, and it does not constitute a cloud upon his title. Such a contingent interest is the subject of a valid mortgage. (Real Prop. Law, § 240, subd. 4; see, also, § 274; Wilson v. Wilson, 32 Barb. at p. 344; 1 Jones Mort. [8th ed.] § 191; 41 C. J. p. 374, § 159.) Findings of fact and conclusions of law inconsistent herewith are reversed, and new findings will be made accordingly, order to be settled on notice. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

'* Revd., 265 N. Y. 118.